**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 9, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00375-CV

## IN THE MATTER OF THE MARRIAGE OF CHELSEA RENE GRAUN AND JOSEPH LEE GRAUN

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2015-23200**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 15, 2016. On July 11, 2016, appellant, Chelsea Graun, filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Wise.